UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DRAUGHN KOONCE | * | CIVIL DOCKET NO.: 2:23-CV-00702 |
| | * | |
| VERSUS | * | JUDGE: DAVID C. JOSEPH |
| | * | |
| BOYD RACING, L.L.C. D/B/A DELTA DOWNS RACETRACK CASINO AND HOTEL, W. G. YATES & SONS CONSTRUCTION COMPANY, AND THE TRAVELERS INDEMNITY COMPANY | * | MAGISTRATE: THOMAS P. LEBLANC |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiff Draughn Koonce and Defendants Boyd Racing, L.L.C. D/B/A Delta Downs Racetrack Casino and Hotel, W. G. Yates & Sons Construction Company, and The Travelers Indemnity Company hereby give notice to the Court that the parties have reached an agreement in principle to settle all claims in this matter. The parties are in the process of finalizing the formal documents memorializing their settlement and, upon completion of same, shall file a joint motion to dismiss, with prejudice, the entirety of this litigation. The parties respectfully request that the Court enter a conditional Order of dismissal that allows the reinstatement of this matter by any party if the settlement is not consummated within the next 60 days.

Respectfully submitted:

*/s/ Jordyn A. Goody*
Jordyn A. Goody (#38239)
**THE TOWNSLEY LAW FIRM**
3104 Enterprise Boulevard
Lake Charles, LA 70601
Telephone: 337.478.1400
Fax: 337.478.1577
Email: jordyn@townsleylawfirm.com
**COUNSEL FOR PLAINTIFF, DRAUGHN KOONCE**

*/s/ Raven Fielding Benoit*
Phillip G. Watson (#31356)
Raven Fielding Benoit (#33125)
Kenneth J. Wink, Jr. (#37921)
Allyson B. Colomb (#40319)
Daniel M. Redmann (#30685)
**DUPLASS APLC**
433 Metairie Road, Suite 600
Metairie, LA 70005
Telephone: 504.832.3700
Fax: 504.617.7636
Email: pwatson@duplass.com;
rfielding@duplass.com; kwink@duplass.com;
acolomb@duplass.com; dredmann@duplass.com
**COUNSEL FOR BOYD RACING, L.L.C. D/B/A DELTA DOWNS RACETRACK CASINO & HOTEL**

*/s/ Kevin P. Merchant*
Kevin P. Merchant (#24559)
Phillip M. Smith (#37314)
**NEUNERPATE**
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503
Telephone: 337.237.7000
Fax: 337.233.9450
Email: kmerchant@neunerpate.com
**COUNSEL FOR W.G. YATES & SONS CONSTRUCTION COMPANY**

2

        */s/ Joseph P. Guichet*
        Joseph P. Guichet, No. 24441
        Haley Zhu-Butler, No. 40552
        **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130
        Telephone: 504.568.1990
        Facsimile: 504.310.9195
        Email: jguichet@lawla.com; hzhu-butler@lawla.com
        **COUNSEL FOR DEFENDANT,**
        **THE TRAVELERS INDEMNITY COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was electronically filed through the CM/ECF system, and all registered counsel were electronically notified on this 22nd day of July 2025.

        */s/ Joseph P. Guichet*
        Joseph P. Guichet