UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DRAUGHN KOONCE | * | CIVIL DOCKET NO. 2:23-CV-00702 |
| | * | |
| | * | |
| VERSUS | * | JUDGE: DAVID C. JOSEPH |
| | * | |
| BOYD RACING, L.L.C. D/B/A DELTA | * | |
| DOWNS RACETRACK CASINO | * | MAGISTRATE: THOMAS P. LEBLANC |
| AND HOTEL, W. G. YATES & SONS | * | |
| CONSTRUCTION COMPANY, AND THE | * | |
| TRAVELERS INDEMNITY COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Considering the parties' joint motion to dismiss with prejudice and upon having been advised by all parties that they have finalized a full and final settlement of this matter,

**IT IS ORDERED** that this lawsuit, and any and all claims asserted therein, be and are hereby dismissed, with prejudice, with each party to bear his, her or its own costs.

THUS DONE AND SIGNED in Chambers on this 28th day of August, 2025.

_____
**DAVID C. JOSEPH**
**U.S. DISTRICT COURT JUDGE**